# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2691
LT Case No. 2024-CC-009115

_____

JOSEPH W. O'LEARY,

    Appellant,

    v.

HAWTHORNE RESIDENT
COOPERATIVE ASSOCIATION,
INC.,

    Appellee.

_____

Nonfinal appeal from the County Court for Lake County.
Sarah Josephine Jones, Judge.

Peter R. McGrath, of Peter R. McGrath, P.A., Orlando, for
Appellant.

M. Taylor Tremel, of Bowen & Schroth, P.A., Eustis, for Appellee.

July 16, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____